Eric A. Grover, Esq. (SBN 136080)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305
Fax (415) 543-7681
eagrover@kellergrover.com

Attorneys for Plaintiff
Henry Ortiz

Michael J. Hassen, Esq. (SBN 124823)
**JEFFER, MANGELS, BUTLER & MARMARO LLP**
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111
Tel: (415) 398-8080
Fax (415) 398-5584
mjh@jmbm.com

Attorneys for Defendant
Brown Group Retail, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORTIZ, on behalf of himself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    v.<br><br>BROWN GROUP RETAIL, INC., and Does 1 through 10 inclusive,<br><br>    Defendant. | Case No.: 08-cv-4266 WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING THE CASE BACK TO STATE COURT** |

---
STIPULATION AND [PROPOSED] ORDER RE REMAND               08-cv-4266 WHA

Plaintiff Henry Ortiz ("Plaintiff") and Defendant Brown Group Retail, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows and mutually request the Court approve said Stipulation and enter an order in accordance herewith.

## STIPULATION

WHEREAS, Plaintiff originally filed this action on August 8, 2008 in San Francisco County Superior Court;

WHEREAS, on September 10, 2008, Defendant timely filed a Notice of Removal asserting that the case had an amount in controversy exceeding $5,000,000 and thus the Court had jurisdiction under 28 U.S.C. § 1332(d), the Class Action Fairness Act of 2005;

WHEREAS, counsel have discussed the removal and the underlying theories of liability further;

WHEREAS, as a result of these discussions, Plaintiff hereby stipulates that he will not seek any penalties under California Labor Code § 2699 for violations of Labor Code § 212 for the period prior to February 19, 2007; and

WHEREAS, as a result of these discussions, and based on the representation of the number of paychecks at issue as asserted in paragraph three of the Notice of Removal (45,990 paychecks), Plaintiff hereby stipulates that the total amount in controversy, inclusive of all damages, penalties, fees and costs, does not exceed $4,999,999.

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD THAT:

1. Based on Plaintiff's agreement that the amount in controversy does not exceed $4,999,999, this action should be remanded to the San Francisco County Superior Court for all further proceedings.

Dated: October 3, 2008        **KELLER GROVER LLP**

By : _____/s/_____
     ERIC A. GROVER

Attorneys for Plaintiff

Dated: October 3, 2008        **JEFFER, MANGELS, BUTLER & MARMARO LLP**

By : _____/s/_____
     MICHAEL J. HASSEN

Attorneys for Defendant

---

STIPULATION AND [~~PROPOSED~~] ORDER RE REMAND                C 08-4266 WHA

2

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

1. This matter shall be remanded to the San Francisco County Superior Court. The Clerk shall close the file and send it back to the San Francisco County Superior Court.

IT IS SO ORDERED.

Dated: October 14, 2008, 2008

_____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED* /s/ William Alsup
Judge William Alsup

---

STIPULATION AND [~~PROPOSED~~] ORDER RE REMAND        08-cv-4266 WHA